IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH PAUL RUSSELL, JR., #05648-078, Plaintiff, | § § § § | |
| v. | § | 3:10-CV-0621-P |
| UNITED STATES OF AMERICA, Defendant. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and DENIES as moot Plaintiff's motions for admission, for production of documents, and for mandatory injunction (Doc. #2, #3, and #5).

SO ORDERED this 24th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE